1

2

3

4

5

6

7

8                               IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM J. WHITSITT,

11               Plaintiff,                      No. CIV S-10-0528 JAM DAD PS

12        v.
                                                 ORDER
13   CITY OF TRACY, et al.,

14               Defendants.

15   _____/

16          Plaintiff, William Whitsitt, is proceeding in this action pro se and in forma

17   pauperis pursuant to 28 U.S.C. § 1915.  The case was referred to the undersigned in accordance

18   with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

19          On May 17, 2011, plaintiff was ordered to submit to the United States Marshal a

20   properly completed USM-285 form, a properly completed summons form, and the number of

21   copies of the endorsed complaint required by the United States Marshal.  (Order May 17, 2011

22   (Doc. No. 3)).  Plaintiff was instructed that "the required documents shall be submitted directly

23   to the United States Marshal either by personal delivery or by mail to:  United States Marshals

24   Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030)."  (Id. at 3.)

25          On June 20, 2011, plaintiff was again ordered to submit to the United States

26   Marshal a properly completed USM-285 form, a properly completed summons form, and the

1 number of copies of the endorsed complaint required by the United States Marshal.  (Order June

2 20, 2011 (Doc. No. 7.)  Plaintiff was again instructed that "the required documents shall be

3 submitted directly to the United States Marshal either by personal delivery or by mail to:  United

4 States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030)."

5 (Id. at 7.)

6 On July 22, 2011, plaintiff sent a letter to the Clerk of the Court, stating, "I am

7 mailing the Summon (sic) Request for US Marshal Service because I was not given an Address

8 of US Marshall (sic).  Please sent (sic) to US Marshall (sic)."  (July 22, 2011 Letter (Doc. No. 8)

9 at 1.)  Along with this letter plaintiff submitted a completed USM-285 form and a completed

10 summons form, but did not provide any copies of the endorsed complaint.

11 Contrary to plaintiff's claim, plaintiff was given the address, and the phone

12 number, of the United States Marshal.  In fact, plaintiff was provided that information on two

13 occasions.  In proceeding with this action, it is imperative that plaintiff observe and comply with

14 the rules and orders of this court.  In this regard, the summons and USM-285 form plaintiff

15 submitted to the Clerk of the Court on July 22, 2011, will be returned to plaintiff so that plaintiff

16 may properly comply with the orders of this court.

17 Accordingly, IT IS HEREBY ORDERED that:

18 1.  The Clerk of the Court is directed to return to plaintiff the summons and USM-

19 285 form plaintiff submitted to the Clerk of the Court on July 22, 2011 (Doc. No. 8).

20 2. Within thirty (30) days after this order is served, plaintiff shall submit to the

21 United States Marshal a properly completed USM-285 form, a properly completed summons

22 form, and the number of copies of the endorsed complaint and of this order required by the

23 United States Marshal; **the required documents shall be submitted directly to the United**

24 **States Marshal either by personal delivery or by mail to:  United States Marshals Service,**

25 **501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).**

26 /////

2

1    3.  Within ten (10) days after submitting the required materials to the United

2  States Marshals Service, plaintiff shall file with this court a declaration stating the date on which

3  he submitted the required documents to the United States Marshal.  Failure to file the declaration

4  in a timely manner may result in an order imposing appropriate sanctions.

5    4.  Within thirty (30) days after receiving the necessary materials from plaintiff,

6  the United States Marshal is directed to serve process on defendant Brett Hicks, without

7  prepayment of costs.

8    5.  The Clerk of the Court is directed to serve a copy of this order on the United

9  States Marshal.

10  DATED: August 8, 2011.

11

12

DALE A. DROZD
13  DAD:6                                        UNITED STATES MAGISTRATE JUDGE
Ddad1\orders.pro se\whitsitt0528.rtrn docs

14

15

16

17

18

19

20

21

22

23

24

25

26

3