IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,                    No. CIV S-10-0528 JAM DAD PS

    v.

<u>ORDER</u>

CITY OF TRACY, et al.,

    Defendants.
                          /

        Plaintiff, William Whitsitt, is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. The case was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

        On March 13, 2012, counsel for defendant noticed a motion to dismiss for hearing before the undersigned on April 13, 2012. On March 22, 2012, plaintiff filed a motion for an extension of time to file an opposition to defendant's motion. Plaintiff states therein that he requires additional time to file his opposition because he has to prepare for another hearing in a case he has filed in the U.S. District Court for the Northern District of California. Good cause appearing, plaintiff's motion will be granted. However, plaintiff is cautioned that no further extensions of time will be granted for the filing of an opposition to the pending motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 22, 2012 motion for an extension of time (Doc. No. 17) is granted.

2. The hearing of defendant's pending motion on April 13, 2012, is vacated, and rescheduled for **Friday, May 11, 2012, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.  Any party may appear at the hearing telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, <u>no later than 48 hours before the hearing</u>; a land line telephone number must be provided.

3. Plaintiff shall file and serve his opposition, if any, to defendant's motion to dismiss not less than seventeen (17) days prior to the hearing if service is by mail and fourteen (14) days prior to the hearing if the motion is served personally.

DATED: March 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\whitsitt0528.eot.order

2