1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM J. WHITSITT,                      No.  2:10-cv-0528 JAM AC PS

12              Plaintiff,

13        v.                                   ORDER AND ORDER TO SHOW CAUSE

14   CITY OF TRACY, et al.,

15              Defendants.

16

17

18        By an order filed May 28, 2013, this court scheduled a status conference for July 10, 2013

19   and ordered the parties to submit status reports no later than 14 days prior to the conference. See

20   ECF No. 41.  Defendant City of Tracy has filed a timely status report.  Plaintiff, on the other

21   hand, has not submitted a status report before the 14-day deadline and has not otherwise

22   responded to the court order.  Accordingly, IT IS HEREBY ORDERED that:

23        1.  The July 10, 2013 status conference is vacated until further court order; and

24   ////

25   ////

26   ////

27   ////

28
                                          1

2.  Plaintiff is directed to show cause in writing within 10 days from the date of this order why sanctions should not be imposed for failure to file a status report.

DATED: July 2, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;whit0528.osc

2