UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. 2:10-cv-0528 JAM AC PS |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE |
| CITY OF TRACY, et al., | |
| Defendants. | |

By an order filed May 28, 2013, this court scheduled a status conference for July 10, 2013 and ordered the parties to submit status reports no later than 14 days prior to the conference. See ECF No. 41. Defendant City of Tracy has filed a timely status report. Plaintiff, on the other hand, has not submitted a status report before the 14-day deadline and has not otherwise responded to the court order. Accordingly, IT IS HEREBY ORDERED that:

1. The July 10, 2013 status conference is vacated until further court order; and

////
////
////
////

1

2. Plaintiff is directed to show cause in writing within 10 days from the date of this order why sanctions should not be imposed for failure to file a status report.

DATED: July 2, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;whit0528.osc

2