Thomas F. Bertrand, SBN 056560
Richard W. Osman, SBN 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California  94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendant
CITY OF TRACY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRETT HICKS, et al.,<br><br>　　　　Defendants. | ) <br> ) Case No. 2:10-CV-00528-JAM-AC<br> ) <br> ) **ORDER GRANTING DEFENDANT'S EX**<br> ) **PARTE APPLICATION FOR A 90-DAY**<br> ) **CONTINUANCE OF THE PRE-TRIAL**<br> ) **AND TRIAL DATES**<br> ) <br> ) |

The Court, having considered defendant CITY OF TRACY's ex parte application for a 90-day continuance of the pre-trial and trial dates and good cause appearing therefore, ORDERS THAT:

Defendant CITY OF TRACY's Ex Parte Application is GRANTED.

The Pre-trial and Trial dates shall be continued as follows:

| | |
|---|---|
| Pre-Trial Statements | November 14, 2014; |
| Final Pre-Trial Conference | November 21, 2014 at 11:00 a.m.; |
| Jury Trial | January 26, 2015 at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED:  7/31/2014　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

CERTIFICATE OF SERVICE
*Whitsitt v. Brett Hicks, et al.*
U.S.D.C. Eastern District of CA Case No. 2:10-CV-00528-JAM-AC