UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. 2:10-cv-00528 JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF TRACY, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 6, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 70. Plaintiff has filed objections to the findings and recommendations. ECF No. 71. Defendants have filed an opposition to Plaintiff's objections. ECF No. 72

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed April 6, 2016, are adopted in full; and

2. Plaintiff's motion for relief from judgment, ECF No. 66, is denied.

DATED: June 22, 2016

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

2